UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**v.**                                          **Case No: 6:14-cr-43-Orl-41DCI**

**BLAYNE S. DAVIS**

————————————————————/

### ORDER

THIS CAUSE is before the Court on the Motion for Appointment of Counsel (Doc. 312), filed by Defendant Blayne Davis. United States Magistrate Judge Daniel C. Irick issued a Report and Recommendation (Doc. 318), recommending that the Court deny the motion. After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the analysis in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 318), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion for Appointment of Counsel (Doc. 312) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on July 26, 2017.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Blayne S. Davis